**Dismiss and Opinion Filed December 8, 2023**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01220-CR

### EX PARTE ROBERT ANDREWS

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. WX23-91873**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Miskel

Before the Court is appellant's Motion for Voluntary Dismissal of Appeal.

The motion is signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We

grant appellant's motion and dismiss this appeal.

|  | /Emily Miskel/ |
|---|---|
| 231220f.u05 | EMILY MISKEL |
| Do Not Publish | JUSTICE |
| TEX. R. APP. P. 47.2(b) | |



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

EX PARTE ROBERT ANDREWS

No. 05-23-01220-CR

On Appeal from the Criminal District Court No. 4, Dallas County, Texas Trial Court Cause No. WX23-91873. Opinion delivered by Justice Miskel. Justices Nowell and Kennedy participating.

Based on the Court's opinion of this date, appellant's Motion for Voluntary Dismissal of Appeal is **GRANTED** and this appeal is **DISMISSED**.

Judgment entered this 8th day of December, 2023.